No. 81–1304. NATIONAL ASSOCIATION OF GREETING CARD PUBLISHERS v. UNITED STATES POSTAL SERVICE ET AL.; and

No. 81–1381. UNITED PARCEL SERVICE OF AMERICA, INC. v. UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. [Certiorari granted, 456 U. S. 925.] Motion of petitioners for divided argument granted. Request for additional time for oral argument denied. Motion of American Newspaper Publishers Association et al. for leave to file a brief as *amici curiae* granted. Motion of Direct Mail/Marketing Association, Inc., for divided argument denied.

No. 81–1314. W. R. GRACE & CO. v. LOCAL UNION 759, INTERNATIONAL UNION OF THE UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA. C. A. 5th Cir. [Certiorari granted, 458 U. S. 1105.] Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.

No. 81–1335. DISTRICT OF COLUMBIA COURT OF APPEALS ET AL. v. FELDMAN ET AL. C. A. D. C. Cir. [Certiorari granted, 458 U. S. 1105.] Motion of Conference of Chief Justices for leave to file a brief as *amicus curiae* granted.

No. 81–1370. ENERGY RESERVES GROUP, INC. v. KANSAS POWER & LIGHT CO. Sup. Ct. Kan. [Probable jurisdiction noted, 456 U. S. 904.] Motion of Energy Consumers & Producers Association et al. for leave to file a brief as *amici curiae* denied.

No. 81–1574. LOCAL 926, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO, ET AL. v. JONES. Ct. App. Ga. [Probable jurisdiction postponed, 456 U. S. 987.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.